**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 401 WAL 2019

                 Respondent            :

                                           :    Petition for Allowance of Appeal
                                           :    from the Order of the Superior Court

                v.                        :

                                           :

MARK A. HUNTER,                        :

                  Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.